# EXHIBIT B

**Corporate Organizational Structure**

KE 37606813

