# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) Case No. 15-11934 (CSS) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
## FIRST DAY HEARING ON SEPTEMBER 18, 2015 AT 3:00 P.M. (ET)[2]

Date and Time of Hearing:   Friday, September 18, 2014 at 3:00 p.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Christopher S. Sontchi, Bankruptcy Judge,
United States Bankruptcy Court for the District of Delaware,
824 Market Street, 5th Floor, Courtroom No. 6
Wilmington, Delaware 19801

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at **https://ecf.deb.uscourts.gov** and on the website of the Debtors' proposed notice and claims agent, Garden City Group, LLC at **http://www.gardencitygroup.com/cases/SamsonRestructuring**. Further information may be obtained by calling (888) 547-8096 or emailing to **SMNInfo@gardencitygroup.com**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

[2] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall an independent conference call company, at 866-582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions.

**PETITIONS AND RELATED FILINGS**

1. *Voluntary Chapter 11 Petitions.*

    A. Voluntary Petition of Samson Resources Corporation (Case No. 15-11934)

    B. Voluntary Petition of Geodyne Resources, Inc. (Case No. 15-11935)

    C. Voluntary Petition of Samson Contour Energy Co. (Case No. 15-11936)

    D. Voluntary Petition of Samson Contour Energy E&P, LLC (Case No. 15-11937)

    E. Voluntary Petition of Samson Holdings, Inc. (Case No. 15-11938)

    F. Voluntary Petition of Samson-International, Ltd. (Case No. 15-11939)

    G. Voluntary Petition of Samson Investment Company (Case No. 15-11940)

    H. Voluntary Petition of Samson Lone Star, LLC (Case No. 15-11941)

    I. Voluntary Petition of Samson Resources Company (Case No. 15-11942)

2. *First Day Declaration.* Declaration of Philip Cook in Support of Chapter 11 Petitions and First Day Motions [Docket No. 2, filed 9/17/2015]

**MATTERS REQUESTED TO BE HEARD AT FIRST DAY HEARING**

3. *Joint Administration.* Debtors' Motion for Entry of an Order Directing Joint Administration Chapter 11 Cases [Docket No. 3, filed 9/17/2015]

    Status: This matter is going forward.

4. *Cash Collateral.* Debtors' Motion for Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507, Bankruptcy Rules 2002, 4001, and 9014, and Local Bankruptcy Rule 4001-2; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B); and (IV) Granting Related Relief [Docket No. 22, filed 9/17/2015]

    Status: This matter is going forward on an interim basis.

5. *Wages and Benefits.* Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, (II) Continue Non-Insider Incentive Plans, and (III) Continue Employee Benefits Programs [Docket No. 4, filed 9/17/2015]

    Status: This matter is going forward on an interim basis.

6.  ***Cash Management.***  Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Continue to Operate the Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions [Docket No. 5, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward.

7.  ***Lien Claimants.***  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(B)(9) Claims, and (II) Confirming Administrative Expense Priority of Outstanding Orders [Docket No. 6, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward on an interim basis.

8.  ***Royalty Payments.***  Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of (I) Mineral Payments and (II) Working Interest Disbursements [Docket No. 7, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward on an interim basis.

9.  ***Equity Trading.***  Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 9, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward on an interim basis.

10. ***Taxes.***  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Prepetition Taxes and Fees [Docket No. 8, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward on an interim basis.

11. ***Claims and Noticing Agent Retention.***  Debtors' Application for Appointment of Garden City Group, LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 13, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward.

12. ***Utilities.***  Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 10, filed 9/17/2015]

    <u>Status</u>:  This matter is going forward on an interim basis.

13. *Creditor Matrix.* Debtors' Motion for Entry of an Order Authorizing the Debtors to file a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor [Docket No. 14, filed 9/17/2015]

    Status:  This matter is going forward.

**ADDITIONAL MATTERS TO BE HEARD FOR SCHEDULING ONLY**

14. *Bar Dates.* Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Dates [Docket No. 17, filed 9/17/2015]

    Status:  This matter is going forward for scheduling purposes only.

15. *Surety Bonds.* Debtors' Motion for Entry of an Order Approving Continuation of Surety Bond Program [Docket No. 11, filed 9/17/2015]

    Status:  This matter is going forward for scheduling purposes only.

16. *Insurance Coverage.* Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies [Docket No. 12, filed 9/17/2015]

    Status:  This matter is going forward for scheduling purposes only.

17. *Ordinary Course Professionals.* Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 20, filed 9/17/2015]

    Status:  This matter is going forward for scheduling purposes only.

18. ***Disclosure Statement Approval.*** Debtors' Motion to Approve (I) Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Rights Offering Procedures, (IV) Forms of Ballots and Notices in Connection Therewith, and (V) Certain Dates With Respect Thereto [Docket No. 18, filed 9/17/2015]

   Related Documents:

   A. ***Plan.*** Joint Chapter 11 Plan of Reorganization of Samson Resources Corporation and Its Debtor Affiliates [Docket No. 15, filed 9/17/2015]

   B. ***Disclosure Statement.*** Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Samson Resources Corporation and Its Debtor Affiliates [Docket No. 16, filed 9/17/2015]

   Status:  This matter is going forward for scheduling purposes only.

| | |
|---|---|
| Dated: September 17, 2015<br>Wilmington, Delaware | */s/ Domenic E. Pacitti* <br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 426-1189<br>Facsimile:   (302) 426-9193<br><br>-and -<br><br>Morton Branzburg (*pro hac vice* admission pending)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:   (215) 569-2700<br>Facsimile:   (215) 568-6603<br><br>-and-<br><br>Paul M. Basta, P.C. (*pro hac vice* admission pending)<br>Edward O. Sassower, P.C. (*pro hac vice* admission pending)<br>Joshua A. Sussberg, P.C. (*pro hac vice* admission pending)<br>Ryan J. Dattilo (*pro hac vice* admission pending)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (*pro hac vice* admission pending)<br>Brad Weiland (*pro hac vice* admission pending)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |