IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SAMSON RESOURCES CORPORATION, | ) ) | Case No. 15-11934 (CSS) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 45-3991227 | ) ) | |
| In re: | ) ) | Chapter 11 |
| GEODYNE RESOURCES INC., | ) ) | Case No. 15-11935 (CSS) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 73-1052703 | ) ) | |
| In re: | ) ) | Chapter 11 |
| SAMSON CONTOUR ENERGY CO., | ) ) | Case No. 15-11936 (CSS) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 76-0447267 | ) ) | |
| In re: | ) ) | Chapter 11 |
| SAMSON CONTOUR ENERGY E&P, LLC, | ) ) | Case No. 15-11937 (CSS) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 76-0082502 | ) ) | |
| In re: | ) ) | Chapter 11 |
| SAMSON HOLDINGS, INC., | ) ) | Case No. 15-11938 (CSS) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 73-1498587 | ) | |

KE 37825304

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SAMSON-INTERNATIONAL, LTD., ) | Case No. 15-11939 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 73-1404039 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| SAMSON INVESTMENT COMPANY, ) | Case No. 15-11940 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 73-1281091 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| SAMSON LONE STAR, LLC, ) | Case No. 15-11941 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 45-3939455 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| SAMSON RESOURCES COMPANY, ) | Case No. 15-11942 (CSS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 73-0928007 ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (this "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(b) granting related relief, including the ability to add later filed cases to these chapter 11 cases, all as more fully set forth in the Motion; and upon the the *Declaration of Philip Cook in Support of Chapter 11 Petitions and First Day Motions*; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-11934 (CSS).

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) ) ) | Case No. 15-11934 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Samson Resources Corporation to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Geodyne Resources, Inc., Case No. 15-11935; Samson Contour Energy Co., Case No. 15-11936; Samson Contour Energy E&P, LLC, Case No. 15-11937; Samson Holdings, Inc., Case No. 15-11938; Samson-International, Ltd., Case No. 15-11939; Samson Investment Company, Case No. 15-11940; Samson Lone Star, LLC, Case No. 15-11941; Samson Resources Company, Case No. 15-11942; and Samson Resources Corporation, Case No. 15-11934. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 15-11934.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

KE 37825304

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: 9/18, 2015
Wilmington, Delaware

UNITED STATES BANKRUPTCY JUDGE

KE 37825304