**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) Case No. 15-11934 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 22 |

**CERTIFICATION OF COUNSEL REGARDING
INTERIM CASH COLLATERAL ORDER**

The undersigned hereby certifies that:

1. On September 18, 2015, the Court held a hearing on the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507, Bankruptcy Rules 2002, 4001, and 9014, and Local Bankruptcy Rule 4001-2, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (IV) Granting Related Relief* [Docket No. 22] (the "Motion") filed by the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases.

2. At the hearing, the Court issued a ruling on the Motion after consideration of, among other matters, the Motion, the *Omnibus Response of the Ad Hoc Group of Senior Noteholders to Certain First Day Pleadings* [Docket No. 56], and certain limited objections of the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to the relief requested in the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

1

3. On Sunday, September 20, 2015, the Debtors prepared a revised proposed interim order on the Motion and provided it to, among other parties, counsel to the ad hoc group of senior noteholders, the U.S. Trustee, and counsel to the Debtors' prepetition first lien and second lien agents.

4. All parties other than counsel to the noteholder group informed the Debtors that the revised proposed interim order was acceptable. Counsel to the noteholder group informed the Debtors it would provide a response on Monday, September 21, and provided that response and a revised form of order on Monday after the close of business.

5. The Debtors provided counsel to the noteholder group a revised form of order the night of Monday, September 21, attached hereto as **Exhibit A** (the "Proposed Order"). A redline of the Proposed Order showing changes made to the proposed order originally filed with the Motion is attached hereto as **Exhibit B**.

6. The Debtors believe that the Proposed Order accommodates many of the noteholder group's comments and reflects the Court's rulings, as explained by the Court at the hearing. *See, e.g.*, H'rg. Tr. 72:18–73:7, Sept. 18, 2015 (attached hereto as **Exhibit C**). More specifically, consistent with the Court's ruling, the Proposed Order does not grant the Debtors' prepetition lenders adequate protection liens on unencumbered collateral or provide for any payment of professional fees to the first and second lien agents. Whether the lenders and agents are entitled to such adequate protection will be addressed at the final hearing. In addition, it provides that all termination events will require a five-day notice period.

7. Counsel to the noteholder group indicated it objected to the form of the Proposed Order, including the grant of any adequate protection liens (even on collateral already securing the Debtors' first and second lien credit facilities) and the grant of a 507(b) superpriority claim,

contrary to the express discussion on the record at the hearing. *See* H'rg Transcript 75:23–24, Sept. 18, 2015. The noteholder group's comments also modified other provisions of the proposed interim order not discussed at the hearing or made a part of the Court's ruling (including, among others, paragraph 9).

8. The Debtors believe that the noteholder group's position is inconsistent with the Court's ruling and the changes discussed on the record at the hearing. Accordingly, the Debtors informed counsel to the noteholder group that, to avoid any delay in entry of a cash collateral order, they would submit the Proposed Order as drafted. Business counterparties (including, notably, the provider of the Debtors' corporate purchasing card program and other vendors) have been unwilling to provide services to the Debtors while a cash collateral order remains unentered. To avoid more serious business disruption, the Debtors respectfully request entry of the Proposed Order and are available for any further discussion or proceedings at the Court's convenience.

*[The remainder of this page is intentionally left blank.]*

| | |
|---|---|
| Dated: September 22, 2015<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:     (302) 426-9193 |

-and -

Morton Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Facsimile:     (215) 568-6603

-and-

Paul M. Basta, P.C. (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Ryan J. Dattilo (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*