**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | Case No. 15-11934 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Wilmington Trust, N.A. ("Wilmington"), as successor Trustee under that certain Indenture, dated February 8, 2012, in connection with the issuance of the 9.750% Senior Notes by Samson Investment Company.  Pursuant to § 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Wilmington requests that all notices that are required to be given and that are required to be served in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be served to the following addresses:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd., (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227).  The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

Douglas E. Spelfogel
Richard J. Bernard
FOLEY & LARDNER LLP
90 Park Ave.
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: dspelfogel@foley.com
Email: rbernard@foley.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtors, their property or the administration of their chapter 11 cases.

Dated: September 25, 2015          FOLEY & LARDNER LLP
         New York, New York

                                   */s/ Richard J. Bernard*
                                   Douglas E. Spelfogel
                                   Richard J. Bernard
                                   FOLEY & LARDNER LLP
                                   90 Park Avenue
                                   New York, NY 10016
                                   Telephone: (212) 682-7474
                                   Facsimile: (212) 687-2329
                                   Email: dspelfogel@foley.com
                                   Email: rbernard@foley.com

                                   *Attorneys for Wilmington Trust, N.A., as trustee*