**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*[1] | ) Case No. 15-11934 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,
MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES**

On September 16, 2015, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the district of Delaware (the "Court"). The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR (any other names used in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID# |
|---|---|---|---|
| Samson Resources Corporation [Tulip Acquisition Corporation] [Samson Holding Corporation] | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11934 | 45-3991227 |
| Geodyne Resources Inc. | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11935 | 73-1052703 |
| Samson Contour Energy Co. | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11936 | 76-0447267 |
| Samson Contour Energy E&P, LLC | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11937 | 76-0082502 |
| Samson Holdings, Inc. | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11938 | 73-1498587 |
| Samson-International, Ltd. | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11939 | 73-1404039 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

KE 37841106

| DEBTOR (any other names used in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID# |
|---|---|---|---|
| Samson Investment Company | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11940 | 73-1281091 |
| Samson Lone Star, LLC [Samson LS, LLC] | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11941 | 45-3939455 |
| Samson Resources Company | Two West Second Street, Tulsa, Oklahoma 74103 | 15-11942 | 73-0928007 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS.** In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **October 22, 2015 at 10:30 a.m., prevailing Eastern Time, at J. Caleb Boggs Federal Building, 844 N. King Street, Room 2112, Wilmington, Delaware 19801.** The Debtors' representative, as specified in rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

**DEADLINE TO FILE A PROOF OF CLAIM.** Notice of a deadline will be sent to known creditors at a later date. Certain creditors may receive notice of a deadline under separate cover.

**NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.** None appointed to date.

**COUNSEL FOR THE DEBTORS.**

**KIRKLAND & ELLIS LLP**
Paul M. Basta, P.C. (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Ryan J. Dattilo (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti (DE Bar No. 3989)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:     (302) 426-1189
Facsimile:     (302) 426-9193

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-2700
Facsimile:     (215) 568-6603

KE 37841106

**COMMENCEMENT OF CASE.**  Voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors and orders for relief have been entered.  You will **not** receive notice of all documents filed in these case.  All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court.  Such documents also may be available at www.deb.uscourts.gov.  In addition, certain documents are also available on the web site of the Debtors' claims agent, Garden City Group, LLC ("GCG"), at: www.GardenCityGroup.com/cases/SamsonRestructuring.

**PURPOSE OF CHAPTER 11 FILING.**  Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan.  A plan is not effective unless approved by the Court at a confirmation hearing.  Creditors will be given notice concerning any plan or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their property and will continue to operate their businesses unless a trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.**  A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice.  **The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.**

**CLAIMS.**  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided by mail to the Debtors' known creditors and by publication.**  Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov.  GCG is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  GCG can be reached by telephone, toll-free at 888-547-8096, through their web site at www.GardenCityGroup.com/cases/SamsonRestructuring or by mail as follows:

| **First Class Mail** | **Hand Delivery or Overnight Delivery** |
|---|---|
| Samson Resources Corporation | Samson Resources Corporation |
| c/o GCG | c/o GCG |
| PO Box 10238 | 5151 Blazer Parkway, Ste A |
| Dublin, OH 43017-5738 | Dublin, OH 43017 |

3

KE 37841106

4

**DISCHARGE OF DEBTS.**  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  *See* 11 U.S.C. § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:   __/s/ David D. Bird___                               Dated:  September 25, 2015
                 Clerk of Court