**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Samson Resources Corporation, *et al.* | : | Case No. 15-11934 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Wilmington Trust, N.A., as Indenture Trustee**, Attn: Peter F. Finkel, 50 South Sixth St., Ste. 1290, Minneapolis, MN 55402, Phone: 612-217-5629, Fax: 612-217-5651

2. **Nabors Drilling USA, LP**, Attn: Lauri J. McDonald, 515 W. Greens Rd., Houston, TX 77067, Phone: 281-775-8175, Fax: 281-775-8431

3. **Pentwater Capital Management LP**, Attn: Luke Corning, 614 Davis St., Evanston, IL 60201, Phone: 312-589-6416, Fax: 312-589-6499


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Tiiara N.A. Patton for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 30, 2015

Attorney assigned to this Case: Tiiara N.A. Patton, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Domenic E. Pacitti, Esquire, Phone: (302) 552-5511, Fax: (302) 426-9193