**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) Case No. 15-11934 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## UPDATED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Farnan LLP, and White & Case LLP, attorneys for The Official Committee of Unsecured Creditors, file this Updated Notice of Appearance and Request for Service of Papers, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or required to be given in these Chapter 11 cases, be given to and served upon:

FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
Attn: Joseph J. Farnan, Jr.
     Joseph J. Farnan, III
     Michael J. Farnan
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
mfarnan@farnanlaw.com

WHITE & CASE LLP
200 South Biscayne Blvd.
Miami, FL 33131-2352
(305) 371-2700
Attn: Thomas E Lauria
tlauria@whitecase.com

-and-

WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
Attn: J. Christopher Shore
     Glenn M. Kurtz
cshore@whitecase.com
gkurtz@whitecase.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Entergy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, objections, complaints, demands, replies, statements of affairs, schedules of assets and liabilities, operating reports, plans of reorganization, disclosure statements, and other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telecopy, e-mail or otherwise filed with regard to this case and any proceedings thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be (i) a waiver of the right of The Official Committee of Unsecured Creditors (a) to have final orders entered only after *de novo* review by a United States District Court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of these cases, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which The Official Committee of Unsecured Creditors is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments The Official Committee of Unsecured Creditors expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated: October 2, 2015                    Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Thomas E Lauria
WHITE & CASE LLP
200 South Biscayne Blvd.
Miami, FL 33131-2352
(305) 371-2700
tlauria@whitecase.com

J. Christopher Shore
Glenn M. Kurtz
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
cshore@whitecase.com
gkurtz@whitecase.com

*Attorneys for The Official Committee of Unsecured Creditors*