

221 MAIN STREET
P.O. BOX 930
SUNDANCE, WY 82729-0930
FAX: (307) 283-3527

200 GARNER LAKE ROAD
P.O. BOX 937
GILLETTE, WY 82718-0937
FAX: (307) 682-0733

1095 BRUNDAGE LANE
P.O. BOX 5087
SHERIDAN, WY 82801-1387
FAX: (307) 674-9018

1-800-442-3630

October 6, 2015

**VIA OVERNIGHT COURIER**

Samson Resources Corporation, et al ("Debtors")
Bankruptcy Case No. 15-11934 (Jointly Administered)
Two West Second Street
Tulsa, OK 74103
(Attn: Andrew Kidd)

Re:   Powder River Energy Corp. Additional Assurance Request

Ladies and Gentlemen:

Pursuant to Section 7(f) of the Bankruptcy Court's Interim Order governing assurance of payment for utility services ("Utilities Order") filed in Case No. 15-11934 in the United States Bankruptcy Court for the District of Delaware [Doc. # 92], Powder River Energy Corp. ("PRECorp") submits this Additional Assurance Request.

The Debtors propose to deposit into a segregated account for the benefit of PRECorp a cash deposit in the amount of $14,851.00. The Debtors state that that amount equals two weeks' worth of utility service based on the Debtors' calculation that the Debtors purchased from PRECorp an average of $29,701.00/month of utility service for the twelve month period August 1, 2014 through July 31, 2015 (the "Period").

PRECorp requests additional assurance in the form of a deposit into the segregated account for the benefit of PRECorp in the amount of $48,796.00, which together with the Debtors' proposed deposit represents two months (60 days) worth of utilities based on the figures the Debtors have calculated. The reasons for this increased cash deposit follows.

PRECorp is a member-owned, non-profit cooperative electrical service provider. It operates in five counties in the state of Wyoming. Coal mines located in the Powder River Basin in PRECorp's service territory purchase approximately one-third of the total



221 MAIN STREET
P.O. BOX 930
SUNDANCE, WY 82729-0930
FAX: (307) 283-3527

200 GARNER LAKE ROAD
P.O. BOX 937
GILLETTE, WY 82718-0937
FAX: (307) 682-0733

1095 BRUNDAGE LANE
P.O. BOX 5087
SHERIDAN, WY 82801-1387
FAX: (307) 674-9018

1-800-442-3630

electrical service PRECorp provides and the oil and coal bed methane (CBM) industries purchases approximately one-quarter of the total electrical service. Thus, over one-half of the electrical service PRECorp provides is to these three industries, of which all are under severe financial distress due to low commodity prices. In addition, the coal industry is subject to new regulations designed to reduce power plant emissions, especially from coal-fired power plants. Thus, coal mine production may continue to decline. It is important that the Debtors realize the financial risk PRECorp faces, not only with the Debtors but also with other coal mines, oil producers and CBM operators PRECorp supplies with electrical power.

PRECorp's records reflect that during the 12-month period of August 1, 2014 and July 31, 2015 the Debtors purchased electrical service from PRECorp with the low amount of $24,616.39 and the high amount of $35,226.31 in any calendar month. As of September 17, 2015, the Debtors owe PRECorp $25,954.59 for electrical services PRECorp provided to the Debtors prepetition. PRECorp is not included as a party for which the Debtors sought court approval to pay prepetition invoices.

PRECorp supplies electrical service to the Debtors, which under PRECorp's credit terms is not paid for as long as 60 days. PRECorp invoices the Debtors every 30 days and invoices are due and payable 20 days later. However, invoices are not normally submitted until 10 days after meters are read at the end of each 30 day period. Under the Utilities Order and the Debtors' Motion for such Order, the Debtors propose to provide PRECorp with security that covers only 14 days of the Debtors' average electrical service purchases, or $14,851.00. The Debtors' calculation of average purchases from PRECorp equates to approximately $1,060/day. During the winter months, the Debtors' purchases from PRECorp can increase to approximately $1,175/day. This leaves PRECorp unsecured for another 46 days of electrical service, which on average amounts to $48,796.00. This is in addition to $25,954.59 in prepetition electrical services that are unpaid. The Debtors have not included PRECorp or other utilities in its list for which it sought court authority to pay prepetition invoices.

PRECorp cannot risk any nonpayment by the Debtors. PRECorp has no ability to raise equity capital and its other members are not in a position to pay higher electrical service rates to make up for any loss PRECorp might suffer if the Debtors cannot pay PRECorp's bills, especially when such a large percentage of its revenues from ratepayers are in the coal mine and CBM industries.

The Debtors have not disclosed that they have arranged any DIP financing for post petition use. PRECorp recognizes that perhaps it is requesting out of the ordinary treatment from other utilities but its ownership structure, market area, large exposure to risk associated with the coal, oil and CBM industries, and limited access to capital compel it to avoid more risk of nonpayment.

Samson Resources Corporation, et al ("Debtors")
October 6, 2015
Page 2 of 4



| 221 MAIN STREET | 200 GARNER LAKE ROAD | 1095 BRUNDAGE LANE |
| P.O. BOX 930 | P.O. BOX 937 | P.O. BOX 5087 |
| SUNDANCE, WY 82729-0930 | GILLETTE, WY 82718-0937 | SHERIDAN, WY 82801-1387 |
| FAX: (307) 283-3527 | FAX: (307) 682-0733 | FAX: (307) 674-9018 |

**1-800-442-3630**

The location, account numbers, and summary of the Debtors' payment history for each account for electrical service provided by PRECorp to the Debtors are attached hereto, labeled **Exhibit A**. PRECorp certifies that the Debtors have not provided security to PRECorp for pre-petition or post-petition electrical service (except as indicated in the Utility Order) and do not prepay electrical services.

PRECorp understands the financial pressure the Debtors faces. However, the Debtors are in a better position, and have the financial capacity, to limit the financial risk PRECorp faces if the Debtors become unable to pay for future electrical services. Accordingly, PRECorp respectfully requests that the Debtors agree to provide an additional deposit into the segregated account in the amount of $48,796.00 (for a total amount of $63,647.00) as adequate assurance under Section 366 of the Bankruptcy Code.

PRECorp certifies that $14,851.00 is the amount equal to two weeks of utility services to those of the Debtors for which it provides utility service, calculated as a historical average over the 12-month period August 1, 2014 through July 31, 2015.

Please ask the appropriate representative of the Debtors to contact me as soon as possible upon receipt of this request to arrive at an agreement for adequate assurance. My telephone number is 307-283-4928. Thank you.

Very truly yours,

*[signature]*

C. Curtis Mock
Chief Financial and Admin Officer
Powder River Energy Corp

cc:   Kirkland & Ellis LLP
      601 Lexington Avenue
      New York, NY 10022
      (Attn: Joshua A. Sussberg, P.C., Ryan J. Dattilo)

      Kirkland & Ellis LLP
      300 North LaSalle Street
      Chicago, IL 60654
      (Attn: Brad Weiland)



221 MAIN STREET
P.O. BOX 930
SUNDANCE, WY 82729-0930
FAX: (307) 283-3527

200 GARNER LAKE ROAD
P.O. BOX 937
GILLETTE, WY 82718-0937
FAX: (307) 682-0733

1095 BRUNDAGE LANE
P.O. BOX 5087
SHERIDAN, WY 82801-1387
FAX: (307) 674-9018

1-800-442-3630

Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(Attn: Domenic E. Pacitti)

Office of the United States Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(Attn: Tiiara Patton, David Buchbinder)

Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
(Attn: Sean T. Scott)

Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(Attn: Margot Schonholtz, Ana Alfonso)

Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
(Attn: Dennis F. Dunne, Lauren C. Doyle)

Exhibit A
Samsom Resources Co
Payment History
August 2014 - July 2015

| Service | Account | Service Rate Class | Service Address | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1873427 | 141 | 44-76-34-001 NWNE | 37.32 | 37.10 | 37.17 | 37.10 | 37.10 | 37.66 | 36.54 | 37.10 | 50.72 | 59.55 | 60.94 | 80.93 | 549.23 |
| 2 | 12273700 | 050A | 43-77-01-003 SWSW | 916.28 | 891.25 | 797.24 | 777.83 | 774.32 | 811.71 | 788.39 | 759.52 | 754.33 | 682.40 | 380.79 | 844.09 | 9,178.15 |
| 3 | 12273800 | 050A | 43-76-36-004 SWSE | 1,704.41 | 1,806.58 | 1,943.88 | 1,426.64 | 660.35 | 1,736.87 | 1,332.00 | 1,348.10 | 2,038.67 | 1,723.68 | 1,828.70 | 1,730.05 | 19,279.93 |
| 4 | 12313501 | 050A | 43-76-09-004 SWSE | 1,407.04 | 1,119.68 | 1,359.15 | 1,387.88 | 1,384.69 | 1,439.06 | 1,387.52 | 1,329.87 | 1,368.13 | 1,124.40 | 1,037.05 | 1,030.67 | 15,375.14 |
| 5 | 12330400 | 050A | 43-76-15-001 SESW | 685.57 | 686.65 | 724.90 | 1,087.90 | 1,057.05 | 837.40 | 947.03 | 952.63 | 985.96 | 1,000.92 | 859.16 | 778.06 | 10,603.23 |
| 6 | 12337701 | 050A | 43-76-20-002 SESW | 994.99 | 928.32 | 833.01 | 985.52 | 789.14 | 920.50 | 905.07 | 872.55 | 877.10 | 802.70 | 760.55 | 713.58 | 10,383.03 |
| 7 | 12376700 | 050A | 43-76-27-001 SWSW | 3,338.14 | 3,022.48 | 3,077.93 | 3,094.99 | 2,804.92 | 2,098.54 | 2,239.92 | 2,193.33 | 2,331.58 | 2,190.13 | 2,059.64 | 1,903.67 | 30,355.27 |
| 8 | 12376800 | 050A | 43-76-27-002 SESE | 3,553.56 | 3,312.54 | 4,020.66 | 3,634.60 | 3,468.25 | 2,607.89 | 1,722.58 | 1,999.16 | 2,097.90 | 2,075.56 | 1,960.97 | 1,983.25 | 32,436.92 |
| 9 | 12417200 | 050A | 43-76-26-003 NENW | 7,370.46 | 7,152.14 | 5,560.05 | 4,769.71 | 4,672.83 | 4,087.80 | 3,779.90 | 3,577.86 | 3,708.02 | 4,047.11 | 3,324.05 | 3,624.42 | 55,674.35 |
| 10 | 12418100 | 141 | 43-76-22-008 NWSW | 1,231.01 | 1,113.92 | 1,132.52 | 53.70 | 38.72 | 39.51 | 38.33 | 38.73 | 38.59 | 35.22 | 38.74 | 38.52 | 3,837.51 |
| 11 | 12419000 | 050A | 43-76-21-001 SESW | 2,470.21 | 2,639.93 | 3,106.38 | 2,398.81 | 1,248.60 | 354.03 | 917.05 | 959.59 | 891.62 | 1,197.21 | 1,044.75 | 1,015.15 | 18,243.33 |
| 12 | 12432700 | 050A | 43-76-18-001 SESE | | | | 581.20 | 1,179.50 | 1,357.39 | 1,477.55 | 1,377.11 | 1,335.38 | 1,283.26 | 1,205.04 | 1,192.68 | 10,989.11 |
| 13 | 12432800 | 050A | 43-76-18-002 SESE | | | | 682.81 | 1,117.36 | 1,272.10 | 1,203.15 | 971.92 | 938.63 | 927.87 | 917.87 | 722.88 | 8,754.59 |
| 14 | 12432900 | 050A | 44-76-32-002 SESW | | | 410.79 | 380.79 | 380.79 | 386.50 | 375.08 | 380.79 | 384.41 | 390.18 | 384.41 | 384.41 | 3,858.15 |
| 15 | 12433000 | 050A | 44-76-32-003 SESW | | | 771.84 | 386.54 | 480.97 | 507.16 | 519.80 | 509.75 | 517.06 | 522.83 | 509.53 | 485.25 | 5,210.73 |
| 16 | 12433100 | 050A | 44-76-32-004 SESW | | | 410.79 | 439.73 | 801.82 | 1,035.82 | 1,067.40 | 1,068.87 | 734.40 | 1,106.12 | 1,145.31 | 831.68 | 8,641.94 |
| 17 | 12433400 | 050A | 44-76-31-002 SESW | | | | | 336.39 | 310.99 | 301.79 | 306.39 | 309.31 | 313.95 | 309.31 | 309.31 | 2,497.44 |
| 18 | 12433500 | 050A | 44-76-31-003 SESW | | | | | 336.39 | 310.99 | 301.79 | 306.39 | 309.31 | 313.95 | 309.31 | 309.31 | 2,497.44 |
| 19 | 12433600 | 050A | 44-76-31-004 SESW | | | | | 336.39 | 310.99 | 301.79 | 306.39 | 309.31 | 313.95 | 309.31 | 309.31 | 2,497.44 |
| 20 | 12433700 | 050A | 44-76-31-005 SESW | | | | | 336.39 | 310.99 | 301.79 | 306.39 | 309.31 | 313.95 | 309.31 | 309.31 | 2,497.44 |
| 21 | 12433800 | 050A | 43-76-08-004 SWSE | | 384.41 | 384.41 | 384.41 | 384.41 | 390.18 | 378.64 | 384.41 | 380.79 | 386.50 | 380.79 | 380.79 | 4,219.74 |
| 22 | 12433900 | 050A | 43-76-08-005 SWSE | | 384.41 | 384.41 | 384.41 | 384.41 | 390.18 | 378.64 | 384.41 | 380.79 | 386.50 | 380.79 | 380.79 | 4,219.74 |
| 23 | 12434600 | 050A | 43-76-21-003 SESW | 2,613.27 | 3,412.15 | 3,809.83 | 3,461.36 | 2,335.92 | 1,798.80 | 1,095.53 | 1,491.98 | 1,652.50 | 1,665.12 | 1,566.96 | 1,528.39 | 26,431.81 |
| 24 | 12434700 | 050A | 43-76-21-004 SESW | 3,517.42 | 4,719.68 | 3,991.53 | 3,625.34 | 2,855.60 | 2,454.06 | 899.62 | 1,175.43 | 1,450.32 | 1,421.66 | 1,062.69 | 1,330.57 | 28,503.92 |
| 25 | 12434800 | 050A | 43-76-21-005 SESW | 782.93 | 878.98 | 1,029.56 | 1,383.78 | 985.43 | 1,204.53 | 1,310.34 | 1,357.53 | 1,249.64 | 1,287.45 | 998.34 | 947.03 | 13,415.54 |
| 26 | 12435700 | 050A | 43-77-01-004 SWSW | 501.76 | 695.33 | 867.86 | 963.85 | 1,076.12 | 1,055.96 | 1,035.86 | 912.68 | 1,023.37 | 1,005.21 | 924.56 | 885.29 | 10,947.85 |
| 27 | 12435800 | 050A | 43-76-09-005 SESW | 286.20 | 286.20 | 286.20 | 286.20 | 286.20 | 286.20 | 286.20 | 283.50 | 280.80 | 283.50 | 283.50 | 283.50 | 3,418.20 |
| 28 | 12457300 | 050A | 43-76-09-006 SESW | 316.20 | | | | | 290.49 | 281.91 | 286.20 | 283.50 | 287.75 | 283.50 | 283.50 | 3,457.85 |
| Total | | | | 31,726.77 | 33,757.95 | 35,226.31 | 32,901.30 | 30,836.26 | 28,644.30 | 25,611.21 | 25,878.58 | 26,991.45 | 27,148.63 | 24,635.87 | 24,616.39 | 347,975.02 |