**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) ) ) | Case No. 15-11934 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | Re: Docket Nos. 22, 111 |

**CERTIFICATION OF COUNSEL REGARDING
SECOND INTERIM CASH COLLATERAL ORDER**

The undersigned hereby certifies that:

1. On September 17, 2015, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§105, 361, 362, 363, and 507, Bankruptcy Rules 2002, 4001, and 9014, and Local Bankruptcy Rule 4001-2, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (IV) Granting Related Relief* [Docket No. 22] (the "Cash Collateral Motion").

2. The Court held a hearing on the Cash Collateral Motion on September 18, 2015, and, by an order entered on September 22, 2015 [Docket No. 111] (the "First Interim Cash Collateral Order"), granted the Cash Collateral Motion on an interim basis after incorporating certain rulings of the Court relating to comments from the Ad Hoc Group of Senior Noteholders (the "Ad Hoc Group") and the Office of the United States Trustee (the "U.S. Trustee").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

1

3. As discussed at the hearing before the Court on October 29, 2015, consideration of the Cash Collateral Motion on final basis has been adjourned to November 17, 2015. In connection with the agreed adjournment, the Debtors, the agents for the Debtors' first and second lien credit facilities, and the official committee of unsecured creditors (the "Committee") agreed to extend the termination date originally set forth in the First Interim Cash Collateral Order and authorize the Debtors to pay certain fees and expenses of the agents for the Debtors' first and second lien credit facilities through the November 17 hearing. This agreement was inadvertently left off the record at the October 29 hearing.

4. The proposed order attached hereto as **Exhibit A** (the "Second Interim Cash Collateral Order") reflects these modifications. A redline reflecting changes from the First Interim Cash Collateral Order is attached hereto as **Exhibit B**.

5. The Debtors, the first and second lien agents, and the Committee have agreed on the form of the proposed Second Interim Cash Collateral Order, and the Debtors have provided a copy of the proposed Second Interim Cash Collateral Order to the U.S. Trustee, which has no objection to the entry of the proposed Second Interim Cash Collateral Order.

6. Accordingly, the Debtors respectfully request entry of the proposed Second Interim Cash Collateral Order attached hereto as **Exhibit A** at the Court's convenience.

*[The remainder of this page is intentionally left blank.]*

| | |
|---|---|
| Dated: November 2, 2015<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193 |

-and -

Morton Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-2700
Facsimile:    (215) 568-6603

-and-

Paul M. Basta, P.C. (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Ryan J. Dattilo (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*