# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) Case No. 15-11934 (CSS) |
| Debtors. | ) Jointly Administered |

**AMENDED** NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JANUARY 5, 2016 AT 10:00 A.M. (ET)[2]

CONTINUED MATTERS:

1. Motion of Steven Digges and Cheri Digges for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) [Docket No. 480; Filed on 12/17/2015]

    Related Documents:

    A. Stipulation Continuing Automatic Stay [Docket No. 544; Filed on 1/4/2016]

    B. Certification of Counsel [Docket No. 545; Filed on 1/4/2016]

    Response Deadline:    December 29, 2015 at 4:00 p.m.

    Responses Received:  None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Debtor Samson Resources Corporation's corporate headquarters and the Debtors' service address is: Two West Second Street, Tulsa, Oklahoma 74103.

[2] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall an independent conference call company, at 866-582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information under the Judges' Info" section) for complete information and instructions. A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Garden City Group, LLC at http://www.gardencitygroup.com/cases/SamsonRestructuring. Further information may be obtained by calling (888) 547-8096 or emailing to SMNInfo@gardencitygroup.com

      Status:      This matter has been continued until February 19, 2016 at 11:00 a.m.

UNCONTESTED MATTERS:

2. Debtors' Amended Application for Entry of an Order (I) Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating John L. Stuart IV as Chief Restructuring Officer for the Debtors [Docket No. 462; Filed on 12/10/2015]

    Related Documents:

        A. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal, LLC as Financial Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 120; Filed on 9/25/2015]

        **B. Certificate of No Objection [Docket No. 541; Filed on 1/4/2016]**

    Response Deadline: December 29, 2015 at 4:00 p.m.

    Responses Received: The Debtors have received informal comments from the Office of the United States Trustee and the Official Committee of Unsecured Creditors.

    **Status: A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.**

3. Application of the Official Committee of Unsecured Creditors for Order Authorizing Employment and Retention of Holland Acquisitions, Inc. d/b/a Holland Services as Land Services Company to the Committee Effective Nunc Pro Tunc to November 16, 2015, and Waiving Certain Information Requirements Imposed by Local Rule 2016-2 [Docket No. 484; Filed on 12/17/2015]

    Related Documents:

        **A. Certification of Counsel [Docket No. 540; Filed on 1/4/2016]**

    Response Deadline: December 29, 2015 at 4:00 p.m.

    Responses Received: None

    **Status: A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.**

4.    Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 488; Filed on 12/17/2015]

    Related Documents:

        **A.    Certificate of No Objection [Docket No. 542; Filed on 1/4/2016]**

    Response Deadline:    December 29, 2015 at 4:00 p.m.

    Responses Received:  None

    **Status:    A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.**

CONTESTED MATTERS:

5.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 119; Filed on 9/25/2015]

    Related Documents:

        A.    Supplemental Declaration of Joshua A. Sussberg, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors In Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 221; Filed on 10/15/2015]

        B.    Order Authorizing The Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP As Attorneys For The Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 295; 10/29/2015]

        C.    Debtors' Reply in Support of Their Application for Entry of an Order Authorizing the Particular Terms of the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 439; 12/7/2015]

        D.    Supplemental Declaration of Joshua A. Sussberg In Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors

                In Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 487; 12/17/2015]

        Response Deadline:    November 23, 2015

        Responses Received:

           A.    Acting United States Trustee's Objection to the Application to Employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 389; 11/23/2015]

           B.    U.S. Trustee's Reply in Further Support of Objection to Applications of Kirkland & Ellis LLP, Kirkland International LLP, and Klehr Harrison Harvey Branzburg LLP [Docket No. 499; 12/21/2015]

        **Status:**    **This matter has been continued by the Court to a date to be determined.**

6.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 228; 10/16/2015]

        Related Documents:

           A.    Order Authorizing The Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Docket No. 399; Filed on 11/24/2015]

           B.    Debtors' Reply In Support of Their Application for Entry of an Order Authorizing the Particular Terms of the Retention and Employment of Klehr Harrison Harvey Branzburg LLP [Docket No. 440; Filed on 12/7/2015]

        Response Deadline:    December 1, 2015

        Responses Received:

           A.    Acting United States Trustee's Objection to the Application to Employ Klehr Harrison as Co-Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 409; Filed on 12/1/2015]

   B. U.S. Trustee's Reply in Further Support of Objection to Applications of Kirkland & Ellis LLP, Kirkland International LLP, and Klehr Harrison Harvey Branzburg LLP [Docket No. 499; Filed on 12/21/2015]

 **Status:** **This matter has been continued by the Court to a date to be determined.**

7. Acting United States Trustee's Motion for an Order Directing the Appointment of an Examiner [Docket No. 474; Filed on 12/15/2015]

 Related Documents:

  A. Notice of Acting United States Trustee's Motion for an Order Directing the Appointment of an Examiner [Docket No. 475; Filed on 12/15/2015]

  B. Letter from Calvin Williams [Docket No. 512; Filed on 12/22/2015]

  **C.** **Motion to File Under Seal [Docket No. 533; Filed on 12/30/2015]**

 Response Deadline: December 29, 2015 at 4:00 p.m., extended for all parties until December 30, 2015 at 4:00 p.m.

 Responses Received:

  **A.** **Objection of The Official Committee of Unsecured Creditors to Acting United States Trustee's Motion For an Order Directing the Appointment of an Examiner [Docket No. 528; Filed on 12/30/2015]**

  **B.** **Debtors' Objection to Acting United States Trustee's Motion for an Order Directing the Appointment of an Examiner [Docket No. 530; Filed on 12/30/2015]**

  **C.** **Declaration of John L. Stuart in Support of the Debtors' Objection to Acting United States Trustee's Motion for an Order Directing the Appointment of an Examiner [Docket No. 531; Filed on 12/30/2015]**

  **D.** **Declaration of Alan B. Miller In Support of Debtors' Objection to Acting United States Trustee's Motion for an Order Directing the Appointment of an Examiner [Docket No. 532; Filed on 12/30/2015]**

      E.    **[SEALED] Debtors' Objection to Acting United States Trustee's Motion for an Order Directing the Appointment of an Examiner [Docket No. 534; Filed on 12/30/2015]**

    **Status:**    **This matter is being continued by agreement of the parties to the hearing scheduled for January 21, 2016 at 10:00 a.m.**

8.    Debtors' Motion to Extend The Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 489; Filed on 12/17/2015]

    Response Deadline:    December 29, 2015 at 4:00 p.m. (extended for first lien agent until **January 4, 2016** at 4:00 p.m.)

    Responses Received:

    A.    Statement of The Official Committee of Unsecured Creditors Regarding Debtors' Motion to Extend the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 513; Filed on 12/29/2015]

    Status:    This matter is going forward.

Dated: **January 4, 2016**        */s/ Domenic E. Pacitti*
Wilmington, Delaware

    Domenic E. Pacitti, Esq. (DE Bar No. 3989)
    Michael W. Yurkewicz, Esq. (DE Bar No. 4165)
    **KLEHR HARRISON HARVEY BRANZBURG LLP**
    919 N. Market Street, Suite 1000
    Wilmington, Delaware 19801
    Telephone:    (302) 426-1189
    Facsimile:    (302) 426-9193

    -and -

    Morton Branzburg (admitted *pro hac vice*)
    **KLEHR HARRISON HARVEY BRANZBURG LLP**
    1835 Market Street, Suite 1400
    Philadelphia, Pennsylvania 19103
    Telephone:    (215) 569-2700
    Facsimile:    (215) 568-6603

    -and-

Paul M. Basta, P.C. (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Ryan J. Dattilo (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*