### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | ) |
| In re | ) Chapter 11 |
| | ) |
| SAMSON RESOURCES CORPORATION, *et al.*,[1] | ) Case No. 15-11934 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Reorganized Debtors. | ) |
| | ) **RE: D.I. 2250, 2293** |

**SECOND SUPPLEMENT TO THE AMENDED THIRD INTERIM AND FINAL FEE APPLICATION OF WHITE & CASE LLP FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIODS (I) SEPTEMBER 1, 2016 THROUGH FEBRUARY 13, 2017, AND (II) SEPTEMBER 30, 2015 THROUGH FEBRUARY 13, 2017, RESPECTIVELY**

The Official Committee of Unsecured Creditors of Samson Resources Corporation (the "**Committee**"), appointed in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submits this Second Supplement to the Amended Third Interim and Final Fee Application of White & Case LLP ("**White & Case**") for Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors [D.I. 2250] (the "**Final Fee Application**")[2] for the Periods (I) September 1, 2016 through February 13, 2017 (the "**Interim Fee Period**") and (II) September 20, 2015 through February 13, 2017 (the "**Final Fee Period**"). In support of this Second Supplement and Amendment, the Committee respectfully represents as follows:

1. In response to a request from the Office of the United States Trustee, White & Case prepared a summary of blended hourly rates for timekeepers who billed to nonbankruptcy matters and

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include:  Geodyne Resources, Inc. (2703); Samson Contour Energy Co. (7267); Samson Contour Energy E&P, LLC (2502); Samson Holdings, Inc. (8587); Samson-International, Ltd. (4039); Samson Investment Company (1091); Samson Lone Star, LLC (9455); Samson Resources Company (8007); and Samson Resources Corporation (1227). The location of parent Reorganized Debtor Samson Resources Corporation's corporate headquarters and the Reorganized Debtors' service address is:  Two West Second Street, Tulsa, Oklahoma 74103.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Final Fee Application.

blended hourly rates for timekeepers who billed to the Chapter 11 Cases during the Final Fee Period (the "**Final Fee Period Rate Disclosure**").  Attached as **Exhibit A** is the Final Fee Period Rate Disclosure.

**CONCLUSION**

WHEREFORE, White & Case respectfully requests that the Court enter an order (i) authorizing the interim and final allowance of compensation for professional services rendered during the Third Interim Fee Period and reimbursement of actual and necessary expenses incurred in the aggregate amount of $3,457,229.48, consisting of $3,416,459.50, representing 100% of fees incurred during the Third Interim Fee Period, and reimbursement of $40,769.98, representing 100% of actual and necessary expenses incurred during the Third Interim Fee Period, (ii) authorizing the final allowance of compensation for professional services rendered during the Final Fee Period and reimbursement of actual and necessary expenses incurred in the aggregate amount of $11,733,364.55,[3] consisting of $11,531,667.15, representing 100% of fees incurred during the Final Fee Period, and reimbursement of $201,697.40, representing 100% of actual and necessary expenses incurred during the Final Fee Period, (iii) providing that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to White & Case's right to seek additional compensation for services rendered and expenses incurred during the Third Interim Fee Period which were not processed at the time of the filing of this Third Interim and Final Fee Application, (iv) directing payment by the Debtors of the difference between the amounts allowed and the amounts previously paid by the Debtors pursuant to the Interim Compensation Order, and (v) granting such other or further relief as the Court deems just and proper.

---

[3] Amount requested reflects negotiated adjustments for the First Interim Period and Second Interim Period.

Dated:  May 19, 2017

Respectfully submitted,

**FARNAN LLP**

/s/ *Michael J. Farnan*
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone:  (302) 777-0300
Facsimile:  (302) 777-0301
farnan@farnanlaw.com
jjfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**WHITE & CASE LLP**
Thomas E. Lauria (pro hac vice)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com

Glenn M. Kurtz (pro hac vice)
J. Christopher Shore (pro hac vice)
Michele J. Meises (pro hac vice)
Thomas MacWright (pro hac vice)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
gkurtz@whitecase.com
cshore@whitecase.com
michele.meises@whitecase.com
tmacwright@whitecase.com

*Attorneys for the Official Committee of*
*Unsecured Creditors*