*Judges' COPY*

6/23/2017

2ND COPY SUBMITTED 7/6/17

# IN THE UNITED STATES BANKRUPTCY COURT FOR

## THE DISTRICT OF DELAWARE

Calvin Williams, et al,
In Pro Per for the
SEAMSTER HEIRS (one entity
**(PLAINTIFFS/CREDITORS)**

Civil Action No. 15-11934 (BLS)

-v-

Samson Resources, et al,
**(DEFENDANTS/DEBTORS)**

2017 JUL 11 PM 1:35
US BANKRUPTCY
DISTRICT OF DE
CLERK
FILED

## <u>PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS</u>

Pursuant to FRCP'S 26 & 34, Plaintiffs respectfully move for an order compelling the debtors to produce ANY AND ALL DOCUMENTS pertaining to ANY AND ALL MINERAL PRODUCTION,SALES,PAYOUTS,ROYALTIES, AND ANYTHING ELSE PERTAINING TO ANY AND ALL MINERALS THAT MY LAND HAS PRODUCED since executing the 1949 OIL & GAS lease up to the present.

IN SUPPORT OF THIS MOTION: the PLAINTIFFS incorporate the U. S. Constitution and Amendments 5 & 14. Which state that no citizen shall be denied life, liberty, or property without due process of law. These documents are a very vital part of my case and without them, PLAINTIFFS rights (5th & 14th) have been severely compromised and constitutes a breakdown in the U. S. Constitution which clearly provides EQUAL PROTECTION UNDER THE LAW(S) for its citizens. The PLAINTIFFS are awaiting the Courts approval/denial of docket # 2413 filed on 6/6/17. The debtors have petitioned these Honorable Courts to disallow my claims, or to put another way:

The debtors ALONE hold all the mineral documents from my land, the 1949 lease ASSIGNS me an 1/8 share of ALL OIL, so we'll say for argument sake that the lease IS valid: PRODUCE ANY & ALL OIL RECEIPTS PAID TO THE SEAMSTERS FOR MY ASSIGNED 1/8 SHARE OF ALL OIL FROM FIRST PRODUCTION TO PRESENT. Surely the debtors nor the Court could feel that this is an unreasonable request. I am more than confident that even if the debtors would only produce ANY & ALL PAYOUT RECEIPTS to the SEAMSTERS for their 1/8 share of ALL OIL from first production to present, PLAINTIFFS could have a general idea of what dollar amounts to place on their proof of claims that the debtors have petitioned the Court to disallow.

 I, Calvin Williams on behalf of the SEAMSTER HEIRS, have retained the services of: EXPERT WITNESS * MARY ELLEN DENOMY* to assist with me with my case with Samson Resources, et al, who has petitioned these Courts to expunge or disallow my claims in their entirety without granting the PLAINTIFFS their U.S. Constitutional due process of law. Docket #2413 provides:(curriculum Vitae) for my expert witness. I believe that it would be in the debtors best interest to provide these requested documents rather than filing an objection. Any objection submitted could never have the wherewithal to deplete my Constitutional Rights. Further, any attempt to submit ANYTHING other than the requested documents would only be proving the PLAINTIFFS case and allegations of FRAUD, THEFT, & MISAPPROPRIATION OF FUNDS.

My expert witness has been retained for one purpose and one purpose only: To provide me with the dollar amount of my interest in my share of ALL OIL. The debtors must produce these documents within seven days to my expert witness as I have been called upon to defend my claims registered against the debtors. Further, as to not waste the Courts time with frivolous matters, in the event that the debtors are not able to even produce the documents pertaining to my 1/8 share of ALL OIL from FIRST PRODUCTION TO PRESENT,

PLAINTIFFS are willing to engage in settlement negotiations. It is NOT my intention to waste the courts time. Either these documents exist or they don't. This is why the PLAINTIFFS feel that seven days is being generous about it. The debtors and I have been engaged in these matters for almost 2 years now, and no such documents have ever surfaced. There's no need to wait until a hearing on 8/10/17. The PLAINTIFFS are ready to move forward and this part of the debtors cases can just be a memory in August.


*Judges Copy*

# IN THE UNITED STATES BANKRUPTCY COURT FOR

# THE DISTRICT OF DELAWARE

*Calvin Williams in Pro Per*
*for the SEAMSTER HEIRS*                          CIVIL ACTION no.   *15-11934 (BLS)*
~~PLAINTIFF~~ *PLAINTIFFS*

*-V-*

*Samson Resources, et al*
**DEFENDANTS**

---

### ORDER

*Upon consideration of ( I ) PLAINTIFFS PRIMA FACIE EVIDENCE, of Louisiana Laws RS 31:138.1 ( II ) The 1949 Oil & gas lease, assigning an 1/8 share of ALL Oil to the PLAINTIFFS ( III ) The 1972 Division Order, altering & amending the lease & ( IV ) The PLAINTIFFS expert witness:* **IT IS THE ORDER OF THE COURT:**

**That the Debtors are to produce IMMEDIATELY any & all documents pertaining to any & all minerals that the PLAINTIFFS land has produced since the creation of the 1972 Division Order to: MARY ELLEN DENOMY at the debtors expense. IT IS HEREBY ORDERED: That if { MARY ELLEN DENOMY } is not available, the Court shall appoint another Forensic Accountant at the debtors expense, SO ORDERED**

**PLAINTIFFS Motions/petitions are GRANTED in their entirety**

**BY THE COURT:**

_____

*Brendan Linehan Shannon*

*Chief United States Bankruptcy Judge*



# Curriculum Vitae
# For
# Mary Ellen Denomy
## Certified Public Accountant
## Masters in Business Administration
## Accredited Petroleum Accountant
## Certified Fraud Deterrent Analyst
## Master Analyst in Financial Forensics

*P.O. Box 578*
*Parachute, Colorado 81635*
*Telephone: (970) 989-5135 – Fax: (970) 285-1113*
*medenomy@hughes.net*

---

## Academic Background

**Aspen University**, Denver, Colorado, USA
- Master in Business Administration
- 2014
- 

**Wayne State University**, Detroit, Michigan, USA
- Bachelor of Science with Distinction
- 1979
- Accounting Major

**Walsh College,** Rochester, Michigan, USA
- Government, Not-for-Profit Accounting

**Marygrove College,** Detroit, Michigan
- Education Course

**Colorado School of Mines**
through UTEC, Grand Junction, Colorado USA
- Petroleum Technology

**Professional Development Institute, University of North Texas,** Denton,
Texas
- Petroleum Accounting
- Royalty Accounting

**Colorado Mountain College,** Glenwood Springs, Colorado, USA
- Education Course

---

1

**Professional Experience**

**Self-Employed Consultant, 2002-Present**

- Litigation Expert Witness, State, Local and Tribal Audits, Oil and Gas Consultant for Royalty, Revenue, Surface Use, Lease, Government, Joint Interest Auditor, Oil and Gas Tax, Revenue, Joint Interest Billing and Royalty Work, Educator and Trainer, Marketing Coordinator for Oil and Gas Sales, Ken Pro Institute, LLC

**The Savage Companies:  Buffalo Basin Limited, Savage Limited Partnership I, Savage Ranches, Tri-County Ambulance, Empyrean Publishing, The Millenium Foundation, Savage Outfitting and Charters,** Rifle, Colorado, USA

*Controller, 1996 to 2008*

- All accounting, taxes and payments for family businesses, including ambulance service, publishing company, non-profit foundation, subdivision development, oil and gas development, oil shale development, residential building, ranching, outfitting, sailing charters
- Oversaw 50-75 employees and subcontractors
- Directly responsible for preparing documents and testimony for court cases

**Costello, Allyn & Co,** Grand Junction, Colorado, USA

*Staff Accountant, 1995*

- Accounting, tax preparation, reviews for 75 clients

**Monahan, Lampman & Co,** Glenwood Springs, Colorado, USA

*Staff Accountant, 1993-1994*

- Accounting, tax preparation, auditing for 250 clients

**Woods Accounting,** Grosse Pointe Woods, Michigan, USA

*Owner, Chief Accountant for Public Accounting Firm, 1983-1993*

- Accounting, tax preparation for 650 clients
- 10 employees

**Executive Tax Service,** St Clair Shores, Michigan, USA

2

*Staff Accountant, 1980-1983*

- Payroll preparation for 25 employees
- Accounting, tax preparation for 200 clients
- Teaching advanced tax courses to employees

**Dominican High School,** Detroit, Michigan, USA

*Educator, 1979-1980*

- Taught high school business courses
- Taught adult education business courses

**Professional Memberships**

- American Institute of Certified Public Accountants
- Colorado Society of Certified Public Accountants
- Council of Petroleum Accountants Societies
- National Association of Division Order Analysts
- National Association of Certified Valuation Analysts
- Delta Epsilon Tau

**Awards**

- Recipient of Colorado Society of Certified Public Accountants' Colorado CPA Making a Difference Award-2002

**Community Services**

- Musical Director, Glenwood Hot Strings Community Non-Profit Band (play violin, bass, banjo, guitar, sax, keyboards, sing, music writer)
- Violinist in the Symphony in the Valley, Glenwood Springs, Colorado
- AARP Volunteer Income Tax Preparer
- Kiwanis Club of Grand Valley/Parachute

**Professional Experience and Services**

- Testified for litigation concerning records lost in an arson case in Michigan (1990's)
- Testified and submitted financial reports on numerous occasions in front of the Colorado Oil and Gas Conservation Commission (televised)
- Trainer royalty owners, government officials, federal legislators

- Expert witness: oil and gas litigation
  *Savage vs. Barrett Garfield County District Court-Glenwood Springs, Colorado 98 CV 161-Testified at Trial

3

*Clough vs. Williams Production RMT Company Garfield
County District Court-Glenwood Springs, Colorado 02 CV 32-Testified at
Trial
*Celeste Grynberg et al vs Williams Production RMT
Company Denver District Court-Denver, Colorado 02 CV 5167-Testified at
Trial and Deposition
*Miller et al vs EnCana Oil & Gas(USA)Inc, Denver
District Court-Denver, Colorado 05 CV 2753 (fairness hearing)-Testified at
Hearing

- BP America Production vs Colorado Department of Revenue, District 424, 2011-cv-2567
- Lindauer, et al vs Williams Production RMT Company, Garfield County, Colorado 06 CV 317
- Kinder Morgan Co2 Co, L.P. vs Montezuma County Board of Commissioners, Docket Nos: 60166-60171, June, 2013
- XTO Energy, Inc vs Cempco, Inc, et al, 09CV363, LaPlata County, Colorado, June, 2013
- Seeco, Inc vs Jerry L Hall and Roberta J Hall, CIV2005-247, Faulkner County, Arkansas-deposition, July, 2013
- Alda Louise Curtis, et al vs BP America Production Company, Burlington Resources Oil and Gas Company, L.P., Devon Energy Production Company, L.P, B & N Co, L.P., BN Non-Coal, LLC and ConocoPhillips Company, D-506-CV-2012-00270, Lea County, New Mexico, June, 2013
- Grynberg, et al vs Kinder Morgan Energy, et al, American Arbitration Association, Case No. 77 198 Y 00011 12 JMLE
- Oxy vs Mesa County, BAA Docket 61916, November, 2013
- Erickson Trust v. Jack Exploration:  Case No. CJ-2009-178, Woods County, Oklahoma, Deposition-December, 2013
- Enbridge Energy, Limited Partnership, Minnesota Public Utilities Commission, Docket No:  PL-9/CN 13-153, OAH Docket No:  8-2500-30952, 2014
- Celeste C. Grynberg, et al v. Mobil Cortez Pipeline, Inc. et al, Cause No. 2012-08922, District Court of Harris County, Texas, 2015-deposition, 2016-deposition, 2016-case
- Grant Brothers Ranch, LLC v. Antero Resources Piceance Corporation, Ursa Operating Company, LLC, Cause No. 2014CV30180, District Court of Garfield County, Colorado, 2015-depositions (2)
- Samson Resources Corporation, et al, Debtors, United States Bankruptcy Court, District of Delaware, Case No. 15-11934, 2016-Deposition
- Krull Revocable Family Trust, et al v. Oxy USA, Inc, Case No. 2015CV30354-Deposition
- Nathaniel Fleck and Alma Bergman as Co-Trustees of the George J. Fleck Trust v. Missouri River Royalty Corportation, Exxon Mobil Corporation and Mountain Pacific General, Inc. in the McKenzie County District Court, Northwest Judicial District, State of North Dakota, Case No. 27-2012-CV-169, 2017
- Samson Resources Corporation, et al, Debtors, United States Bankruptcy Court, District of Delaware, Case No. 15-11934, 2017-Deposition
-

4

- Expert witness: other litigation
  *Alderson vs Alderson-Cooley, Garfield County District Court-Glenwood Springs, Colorado 06 DR 132-Testified at Trial
  *LaRose vs Ridgeway, Garfield County District Court, 97 DR 184-Testified at Trial
  *Locklear vs Locklear, Garfield County District Court, 09DR0254, Division C-Testified at Trial
  * Garfield County Board of County Commissioners, Richardson Tax Abatement

- Attended U.S. Department of the Interior's Minerals Revenue Management training sessions
- Garfield County Oil and Gas Tax Auditor
- Rio Blanco County Oil and Gas Tax Auditor
- Montezuma County Oil and Gas Tax Auditor
- Private auditor for oil and gas working interest owners
- Nationwide oil and gas consultant
- Western slope campaign manager for Gail Schoettler for Governor campaign
- Accredited by the State of Colorado Regional Assessment Education Program in:  1) Oil and Gas Pipeline Valuation 2) Oil and Gas Equipment 3) Oil and Gas Netback
- Expert Witness for the New Mexico Oil and Gas Commission;  2007, 2012
- Auditor for the Northern Ute Indian Tribe
- Expert Witness at the fairness hearing for the Miller vs EnCana class action lawsuit
- Federal GAO consultant
- Consultant for Federal legislators, FERC commissioners, state of Colorado auditors(wrote protocols for proper audits), Colorado Governor, Treasurer and state of Colorado legislators
- National consultant for governments and private individuals, including states of Alaska, Texas, Oklahoma, Massachusetts, New Mexico, Michigan, Colorado, Virginia, New York, Washington, California, Utah, Wyoming, Louisiana, North and South Dakota, Pennsylvania, West Virginia, Arkansas
- Monthly columnist for the Grand Valley Echo-Grand Valley Energy-2009 to 2013
- 2006 National Gas Prices, Gas Marketing Accountability Project for National Association of Royalty Owners' Expert Report-September 6, 2007
- Oil and Gas Consultant-Apollo Operating, Wyotex, WWWF, LLC, Grynberg Petroleum, Gadeco, LLC, RSM, AIPA
- Certified Mineral Manager, 2005-2014

## Speaking Engagements

- Speaker in front of State Legislature concerning oil and gas legislation-2002, 2005, 2006 and 2007, 2009
- Speaker for the Department of Agriculture Ad Hoc Committee on oil and gas-2002
- Presenter on surface and royalty issues for the Northwest conference on oil and gas
- Presenter on oil and gas issues for Colorado Leadership Training seminars
- Speaker for the Bureau of Land Management conference
- Speaker for the National Association of Royalty Owners Association Conferences
- Speaker for Community Alliance of Yampa Valley on oil and gas surface issues
- Speaker at Colorado Counties, Inc conference
- Speaker at Colorado Assessors' Association conferences
- Speaker for the Colorado Cattlemen's Association
- Speaker for the Farm Bureau
- Speaker at Western Colorado Congress Annual Meeting
- Trainer for Oil and Gas Accounting for Colorado Assessors' Association
- Speaker for Grand Valley Citizens Alliance
- Speaker for the Ninth Judicial District Attorneys
- Speaker for the Southwest Kansas Royalty Owners' Association
- Speaker for University of North Texas Institute of Petroleum Accounting Professional Development Institute
- Speaker for Bell Policy Center
- Speaker for Kiwanis' Meetings
- Speaker for Garfield County Energy Advisory Board
- Speaker in Ohio and Pennsylvania
- Speaker for the Council of Petroleum Accountants' Societies

## Board Membership

- Elected Trustee of Colorado Mountain College
- Former Committee Member of the Battlement Mesa Service Association Oil and Gas Committee
- Former Treasurer for Colorado Mountain College
- Former Board of Examiners Member for Council of Petroleum Accountants' Societies
- Past Chairman for National Advisory Council for the National Association of Royalty Owners-National Office
- Past President of National Association of Royalty Owners-Rocky Mountain Chapter
- Former Treasurer of National Association of Royalty Owners-Rocky Mountain Chapter

6

- Former At-Large Board Member of the National Association of Royalty Owners

*April, 2017*